UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Reginald Daggs                                      Docket No. 7:17-CR-17-1D

Petition for Action on Supervised Release

COMES NOW Kristyn Super, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Reginald Daggs, who, upon an earlier plea of guilty to Conspiracy to Distribute 28 Grams or More of Cocaine Base, in violation of 21 U.S.C. § 846 and 841(b)(1)(B), was sentenced by the Honorable William K. Sessions III, U.S. District Judge for the District of Vermont, on February 11, 2013, to the custody of the Bureau of Prisons for a term of 77 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 4 years.

On September 21, 2016, a Request for Modification of Conditions or Terms of Supervision was filed with the United States District Court for the District of Vermont requesting that conditions be modified to include alcohol abstinence and participation in parenting classes and same was ordered on October 3, 2016.

Reginald Daggs was released from custody on December 6, 2016, at which time the term of supervised release commenced.

Jurisdiction was transferred to the Eastern District of North Carolina on February 23, 2017.

On April 4, 2017, a Violation Report was submitted to the court reporting that the defendant tested positive for cocaine on February 14, 2017. At that time, the defendant reengaged in substance abuse treatment and his participation in the Surprise Urinalysis Program was increased to the highest level.

On April 20, 2017, a Violation Report was submitted to the court reporting that the defendant was charged with Assault on a Female in Onslow County, North Carolina. Supervision was permitted to continue pending disposition of that matter, which remains pending in Onslow County District Court (17CR052266).

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On July 6, 2017, the defendant submitted to a urinalysis screening, which was confirmed as positive for cocaine by Alere Laboratories on July 16, 2017. The defendant was confronted with the results of this screening during a conference with his treatment provider and admitted to use. Since that time, the defendant has submitted two additional urinalysis screenings, both of which were found to be negative for controlled substances. As a sanction for the violation conduct, it is recommended that the conditions of supervised release be modified to include the successful completion of community service hours. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall perform 12 hours of community service as directed by the probation office and if referred for placement and monitoring by the State of North Carolina, pay the required fee.

Reginald Daggs
Docket No. 7:17-CR-17-1D
Petition For Action
Page 2

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,

/s/ Robert L. Thornton
Robert L. Thornton
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Kristyn Super
Kristyn Super
U.S. Probation Officer
200 Williamsburg Pkwy, Unit 2
Jacksonville, NC 28546-6762
Phone: 910-346-5104
Executed On: August 4, 2017

## ORDER OF THE COURT

Considered and ordered this __14__ day of __August__, 2017, and ordered filed and made a part of the records in the above case.

_____
James C. Dever III
Chief U.S. District Judge