UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Reginald Daggs**                                                                                        **Docket No. 7:17-CR-17-1D**

**Petition for Action on Supervised Release**

COMES NOW Kristyn Super, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Reginald Daggs, who upon an earlier plea of guilty to Conspiracy to Distribute 28 Grams or More of Cocaine Base, in violation of 21 U.S.C. § 846 and 841(b)(1)(B), was sentenced by the Honorable William K. Sessions III, U.S. District Judge for the District of Vermont, on February 11, 2013, to the custody of the Bureau of Prisons for a term of 77 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 4 years.

On September 21, 2016, a Request for Modification of Conditions or Terms of Supervision was filed with the United States District Court for the District of Vermont requesting that conditions be modified to include alcohol abstinence and participation in parenting classes and same was ordered on October 3, 2016.

Reginald Daggs was released from custody on December 6, 2016, at which time the term of supervised release commenced.

Jurisdiction was transferred to the Eastern District of North Carolina on February 23, 2017.

On April 4, 2017, a Violation Report was submitted to the court reporting that the defendant tested positive for cocaine on February 14, 2017. At that time, the defendant reengaged in substance abuse treatment and his participation in the Surprise Urinalysis Program was increased to the highest level.

On April 20, 2017, a Violation Report was submitted to the court reporting that the defendant was charged with Assault on a Female in Onslow County, North Carolina. Supervision was permitted to continue pending disposition of that matter, which remains pending in Onslow County District Court (17CR052266).

On August 4, 2017, a Petition for Action on Supervised Release was submitted to the court reporting that the defendant tested positive for cocaine on July 16, 2017. At that time, the conditions of release were modified to include successful completion of community service.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On August 16, 2017, the defendant submitted to a urinalysis screening, which was confirmed as positive for cocaine by Alere Laboratories on August 22, 2017. The defendant will continue to participate in the Surprise Urinalysis Program at the highest level and individual treatment sessions. As a sanction for the violation conduct, it is recommended that the conditions of supervised release be modified to include participation in the home detention program for a period of 60 days, to include radio frequency monitoring. Daggs understands that continued use of controlled substances will result in the filing of revocation proceedings and he has signed a Waiver of Hearing agreeing to the proposed modification of supervision.

Reginald Daggs
Docket No. 7:17-CR-17-1D
Petition For Action
Page 2

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall abide by all conditions and terms of the home detention program for a period not to exceed 60 consecutive days. The defendant shall be restricted to his residence at all times except for pre-approved and scheduled absences for employment, education, religious activities, treatment, attorney visits, court appearances, court obligations or other activities as approved by the probation officer. The defendant shall submit to the following Location Monitoring: Radio Frequency monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Robert L. Thornton<br>Robert L. Thornton<br>Supervising U.S. Probation Officer | /s/ Kristyn Super<br>Kristyn Super<br>U.S. Probation Officer<br>200 Williamsburg Pkwy, Unit 2<br>Jacksonville, NC 28546-6762<br>Phone: 910-346-5104<br>Executed On: September 12, 2017 |

### ORDER OF THE COURT

Considered and ordered this 12 day of September, 2017, and ordered filed and made a part of the records in the above case.

James C. Dever III
Chief U.S. District Judge